# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KATHERINE JENNINGS

VERSUS

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

24-725-SDD-EWD

## RULING

The Court has carefully considered the *Motion,*[1] record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder- Doomes. dated March 17, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** the Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act, filed by Plaintiff Katherine Jennings, is **GRANTED**, and that Frank Bisignano, Commissioner of Social Security Administration, is ordered to remit a check made payable to "Katherine Jennings" for attorney fees in the amount of $6,195.00 (35.4 attorney hours at the hourly rates of $175.00), pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A).

As full or partial remittance of the awarded fee is contingent on a determination by the Commissioner that Plaintiff does not owe any qualifying, pre-existing debt(s) to the government,

---

[1] Rec. Doc. 26.
[2] Rec. Doc. 27.

**IT IS FURTHER ORDERED** that the Commissioner reduce the attorney fees awarded by this Court to the extent necessary to satisfy such debt(s) and forward the remainder of the award, as set forth above.

Signed in Baton Rouge, Louisiana the ____ day of April, 2026.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA